IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2020 FEB 27 P 12: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Brandon Harper
Full name and prison name of
Plaintiff(s) Easterling Correctional

v.

Artemos Holloway
Sgt. Calvin
Luitenant Brossfield
C/o Tillman

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:20-CV-141-RAH
(To be supplied by Clerk of U.S. District Court)

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2.   Court (if federal court, name the district; if state court, name the county)

         _____N/A_____

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT ___Easterling Correctional Facility___

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ___Staton Correctional Facility___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                      ADDRESS

1. Artemas Holloway - J.F. Ingram State Technical College.  5375 Ingram Rd. P.O. Box 220350 Deatsville, AL 36022
2. 
3. Sgt. Calvin - Elmore Correctional Facility. Elmore, AL: (previous worked at Staton Correctional, Elmore, AL)
4. 
5. Lieutenant Brasfield - Staton Correctional Facility. Elmore, AL
6. C/O Tillman - Staton Correctional Facility. Elmore, AL

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___April 2019___

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___Staff Voyeurism___

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) (see attached note)

At Staton Correctional Facility & Ingram State Technical College, Arkemas Holloway (ISTC) Sgt. Calvin Elmore /Staton Correctional) LT. Brassfield (Staton Correctional) C/o Tillman (Staton Correctional) all placed multiple hexs on me. Talking to me in my head Sexual harrassing me, violating my privacy b/c they see everything I can see out my own eyes.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

2/4/20

To Whomever it may concern, my name is inmate Brandon Harper, #282830. Im currently at Easterling Correctional facility, I've been here about 3½ weeks now before transfering from Staton Correctional facility which I was their almost 3yrs. There use to be a sgt. their by the name of Sgt. Calvin. He's a black male. Working their now is a Luitenant by the name of Luitenant Brassfield or may be pronounced as Luitenant Briggs, but im very aware of who these individuals are and what they look like. These two individuals are what I strongly believe to be bi-sexual. These two individuals have "literally" placed multiple hex on me (My right hand to God). These two individuals are literally on the inside of me, making bi-sexual statements, Violating all of my privacy. They're constantly calling my name, cursing & begging me to correspond to them. They say things like, "I aint got nothing if I aint got you," "What did I do to you," begging me to masturbate demanding me to get in the shower b/c they can see my whole body & feel my orgasm." They're also threataning me saying things like, "They're going to mess up my brains even more if I continue writting letters trying to tell on them. I've been going through this for right at a year now. I've tried reaching out for help by writting people & places like, the FBI located in Montgomery, AL, I&I, DOJ located in Alabama, State Capitol located in Montgomery also. I even wrote Ingram State Technical College b/c the logistics trade school facilitator, Mr. Artemas Holloway is definitely another who has hex on me. He to make some of the same statements as

the other individuals. I can literally feel bubbles and slimy goo like stuff and hear it in my head. They also change my information out their at Ingram State Technical College. They were sending me financial Aid paperwork w/ my last four digits of my Social Security number as 1223 when clearly that's not correct. They probably change my information ~~back~~ back to its correct form when someone is investigating. Sgt. Calvin did too steal my information out of Mr. Clems trailor at GED class at ISTC. I spoke with Mr. Clem and he say he didn't give my information to anyone, but I literally seen Sgt. Calvin with my own two eyes leaving out of Mr. Clems trailor when Mr. Clems wasn't present. Im constantly being violated daily of my privacy b/c these sick, perverted individuals somehow seem to see exactly everything Im seeing through my own eyes. I smell what I think is sulfur through my nose and it stinks. I need some real help and assistants. I can feel and hear my ears popping all day. All im trying to do is give my mind the peace & quiet it use to have. But I can't b/c I can hear someone else breathing as if they on the inside of me. I would like to bring justice to my very own situation and put these individuals behind bars b/c if they've done this to me, they" do it to others if they haven't already, im just conscious enough to realize the strange changes in my body.

Thank you all for your time. Know that I write with all honesty. If anyone needs me for further information & details, im here.

*[signature]*

Inmate 282830

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would hope for the Court to bring us before a federal judge. I would like to file charges & place them in custody. For my mental state of being distressed, I would like to be reimbursed b/c my family left me b/c they thought I was crazy & on drugs. I need a little relief if it's all the same w/ the Courts. Whatever the honorable Court see fit is alright with me. Thank you.

Brandon Harper
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2020
         (Date)

Signature of plaintiff(s)



**GINA J. ISHMAN**
CIRCUIT CLERK
MONTGOMERY COUNTY COURTHOUSE
P.O. BOX 1667
MONTGOMERY, ALABAMA 36102-1667



U.S. District court- Middle District
Attn: Clerk of Court
1 Church St.
Montgomery AL 36104

3610434018 C039