IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON HARPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-141-RAH |
| | ) |
| ARTEMUS HOLLOWAY, *et al*., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 9, 2020, the Magistrate Judge recommended this case be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). (Doc. 4.) On April 2, 2020, Plaintiff Brandon Harper filed Objections (Doc. 5) to the Report and Recommendation of the Magistrate Judge (Doc. 4). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b). Upon this court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 5) are OVERRULED.

2. The Recommendation (Doc. 4) is ADOPTED.

3.	This case be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE, this 30th day of April, 2020.

                                                /s/ R. Austin Huffaker, Jr.
                                      R. AUSTIN HUFFAKER, JR.
                                      UNITED STATES DISTRICT JUDGE